```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-5700

Attorneys for Petitioner
TAMEKCA WALKER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMEKCA WALKER,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>RON DAVIS, Warden,<br><br>　　　　　Respondent. | No. Civ. S 12-01882 GGH P<br><br>**REQUEST FOR SUBSTITUTION OF COUNSEL; ORDER** |

Petitioner, TAMEKCA WALKER, hereby moves this Court for an order substituting Krista Hart, Attorney at Law, 428 J Street, Suite 350, Sacramento, CA, 95814 telephone (916) 498-8398; as counsel for the Petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Petitioner. Ms. Hart has agreed to represent the Petitioner.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Ms. Hart is aware of any deadlines in this case. The undersigned is authorized to sign this substitution motion on her behalf.

Dated: October 11, 2012

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              */s/ David M. Porter*
                                              DAVID M. PORTER
                                              Assistant Federal Defender

                                              Attorneys for Petitioner
                                              TAMEKCA WALKER

Dated: October 11, 2012         */s/ Krista Hart*
                                              KRISTA HART

## **O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Krista Hart, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: October 15, 2012

                            /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE

walk1882.sub