IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAMEKA WALKER

    Petitioner,               No. 2:12-cv-1882 GGH P

    vs.                          ORDER

RON DAVIS, Warden,

    Respondent.

_____/

        The undersigned entered an order on January 15, 2013 granting the parties additional time in which to respond to the court's September 24, 2012 order. Dkt, 20. The January 15, 2013 order is hereby amended to extend the time in which the parties shall file a joint scheduling statement to February 6, 2013.

DATED: January 16, 2013

                        /s/ Gregory G. Hollows
                  UNITED STATES MAGISTRATE JUDGE

ggh9

Walker1882EOT sch ord3 amd

1