Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, #350
Sacramento, CA 95814
(916) 498-8398
kristahartesq@gmail.com

Attorney for Petitioner

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMEKCA WALKER,<br><br>    Petitioner,<br><br>v.<br><br>RON DAVIS, Warden,<br><br>    Respondent. | Civ.S. 12-1882 GGH<br><br>**ORDER RE: JOINT SCHEDULING STATEMENT** |

**GOOD CAUSE APPEARING** within 90 days from the date of this order petitioner shall file either: (1) a statement indicating petitioner will stand on the existing petition, and supplemental memorandum of points and authorities, if any; (2) an amended petition which will proceed on exhausted claims only; or (3) an amended petition which identifies both exhausted and unexhausted claims.[1]

/////
/////
/////

---

[1] The undersigned does not have sufficient knowledge of the circumstances surrounding any new claims to determine whether this stipulation would prejudice the presentation of new claims because of the AEDPA limitations period. Counsel should keep this in mind in using the entire period requested.

1 | DATED: February 7, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

ggh9